UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

---------------------------------------------------------

This document relates to:

*Beach v. Bayer Healthcare Pharmaceuticals Inc et al.,*     No.: 3:11-cv-11805-DRH-PMF

*Spencer v. Bayer Healthcare Pharmaceuticals Inc et al.,*     No.: 3:11-12841-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the order of dismissal signed on December 1, 2011, the above cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sandy Pannier*
**Deputy Clerk**

Dated: December 5, 2011

David R. Herndon
2011.12.05
10:16:07 -06'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**